# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest: 07/18/2026

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate's Case No. 26-1605MJ |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF |
| Vs. | ) |
| David LOPEZ-Salgado | ) Title 8, United States Code, |
| YOB: 1993 | ) Section 1324(a)(1)(A)(ii) and (B)(ii) |
| Mexican Citizen | ) Transportation of Illegal Aliens |
| | ) Count One |
| | ) |
| | ) |
| | ) |
| Defendants. | |

I, Reyna Morado, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**COUNT ONE**

On or about July 18, 2026, within the District of Arizona, Defendant David LOPEZ-Salgado, knowing or in reckless disregard of the fact that certain aliens, namely Vanessa Narciso-Mayo, and Oscar Sanchez-Velazquez, had come to, entered, or remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move, said aliens within the United States, by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(ii), Transportation of Illegal Aliens (Felony).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.


Authorized by: AUSA Louis C. Uhl for AUSA Joseph Nwoga


Reyna Morado
Border Patrol Agent
United States Border Patrol


Sworn and subscribed to by telephone, July 20, 2026, at Yuma, Arizona.


The Honorable James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

v.

David LOPEZ-Salgado

**Statement of Facts**

I, Reyna Morado, being duly sworn, do state the following:

1. **LOCATION.**

The events in this complaint occurred at or near Yuma, Arizona, Yuma County, within the District of Arizona.

2. **UNDERLYING FACTS.**

On July 18, 2026, Border Patrol Agent J. Pettinato, assigned to the Yuma Station Highway Interdiction Team (H.I.T.), was conducting highway operations in the Yuma Station Area of Responsibility, accompanied by Agent J. Harper. Both agents were in a marked U.S. Border Patrol vehicle, in full duty uniform with visible insignia.

At approximately 14:38 hours, Campo Border Patrol Station issued a "Be On the Lookout" (BOLO) via the Yuma Sector Communications Center for a white, newer-model Toyota Tacoma bearing a California license, suspected of involvement in alien smuggling. Agent Pettinato verified that the license plate number on the Toyota that he observed was the same as the vehicle identified in the BOLO.  The vehicle, registered in Fontana, California, was traveling eastbound through Campo's Area of Responsibility toward Phoenix, a route commonly used for alien smuggling which bypasses Border Patrol checkpoints.

Agent Pettinato observed the Toyota passing the agricultural checkpoint on Interstate 8 eastbound in Winterhaven, California, with Agent A. Beltran already following the vehicle. Only one occupant was visible, the driver (later identified as David LOPEZ-Salgado). Upon following the Toyota, Agent Pettinato noticed clear, plastic-wrap over the back seats, applied in a careless manner, a tactic often used by smugglers to keep seats clean from debris and sand.

Due to the description of Toyota from the BOLO matching the Toyota, along with the existence of the plastic wrapping on the seats, Agent Pettinato believed the Toyota that he observed to contain illegal aliens.  At approximately 3:00 PM, the driver of the Toyota pulled into the Carl's Jr. at 1128 South Fortuna Rd in Yuma, Arizona. Agent Pettinato followed and observed the Toyota go through the drive-thru.

At approximately 3:07 PM, the driver parked on the north side of the Carl's Jr. Agent Pettinato repositioned his vehicle and exited it, to initiate a consensual encounter with driver of the Toyota. He activated

his body worn camera and approached the driver of the Toyota in a professional manner, standing about 10 feet from the vehicle. After engaging the driver in conversation, Agent Pettinato asked if he could look in the back of the Toyota. LOPEZ indicated that he was going to make a call and stated that he was traveling to Phoenix from San Diego.

In plain view, Agent Pettinato observed at least two individuals lying down in the back seats in an unusual position, in an attempt to conceal themselves. Another Border Patrol agent, Agent Harper, arrived to assist and Agent Pettinato informed him that the truck Toyota was "loaded," indicating the smuggling of aliens.

The driver of the Toyota was asked to step out of the Toyota and was detained for further investigation. Agents identified both passengers as Vanessa NARCISO-Mayo and Oscar SANCHEZ Velazquez, both citizens of Mexico illegally present in the United States.

The driver stated that he did not know his passengers and said that he was simply a driver.  Given the circumstances—transporting two subjects illegally present in the United States, both concealed and unbuckled, plastic coverings over the seats, and LOPEZ's statements, agents had probable cause to believe that the driver was in fact transporting aliens. The Toyota, the driver and the aliens were all arrested and transported back to the Yuma Station Border Patrol for further investigation and processing.

1. **DEFENDANT'S STATEMENT: David LOPEZ-Salgado (B1/B2 holder)**

During a recorded, post-arrest interview, in which he waived his Miranda rights, the driver confirmed that his true name is David LOPEZ-Salgado and that his country of citizenship is Mexico. He stated that he regularly crosses into the United States legally using a B1/B2 visa and frequently travels from Tijuana, Mexico, to San Diego to purchase items for resale in Mexico.[1]

---

[1] A B1/B2 visa is a nonimmigrant visa that allows foreign citizens to temporarily enter the United States for business (B-1), tourism and leisure (B-2), or a combination of both. The B-1 category is for business consultations, contract negotiations, and conferences, while the B-2 category is for vacations, visiting family, and receiving medical treatment.  The visa is typically issued as a combined B1/B2 multiple-entry visa valid for up to 10 years, permitting individual stays of up to 180 days per visit.

LOPEZ explained that he found an advertisement on TikTok offering opportunities to transport illegal aliens into the United States for payment. He admitted to picking up Vanessa NARCISO-Mayo and Oscar SANCHEZ-Velazquez in Campo, California, at Buckman Springs Road, after receiving instructions from coordinators via WhatsApp.

LOPEZ said that, after picking up both passengers, LOPEZ instructed them to hide in the back seat and intended to drive to Phoenix, where he would await further instructions. LOPEZ added that, throughout the trip, LOPEZ shared his live location via WhatsApp and maintained constant communication with the coordinator providing directions.

LOPEZ also said that, before his apprehension, LOPEZ received specific instructions on where to drop off NARCISO and SANCHEZ in southwest Phoenix and added that he was told he would receive further instructions. LOPEZ admitted that he was aware that both passengers were in the United States illegally and said that he intended to receive payment for transporting them further north.

## 4. SMUGGLED ALIEN 1: Vanessa NARCISO-Mayo (Citizen of Mexico)

Vanessa NARCISO-Mayo, one of the passengers, consented to an interview. She stated that she is from Guerrero, Mexico.  She said that she does not know how long her journey was. NARCISO stated that her destination was Tulare, CA. She said that her point of contact was her boyfriend, who she said was named Richard Vidal. She said that she also has cousins in Tulare, named Juan Jose Narciso and Samuel Narciso, who she said were also illegally in the U.S. NARCISO stated that arrived to Tijuana Mexico on July 15, 2026 and stayed in a hotel.

NARCISO stated that she met a male at the border fence (possibly on the outskirts of Tijuana based on her description of the desert and no building structures). NARCISO stated human that, from July 17, 2026, midday, until sunrise of the day of her arrest, she hid in the brush.  NARCISO stated that a white Toyota Tacoma truck pulled up to her location and that she and the other passenger immediately boarded. She added that she slept most of the way until apprehended by the Border Patrol.

**5. SMUGGLED ALIEN 2: Oscar SANCHEZ-Velazquez (Citizen of Mexico)**

Agents from the Yuma Station Intelligence Collection Team (ICT) conducted a post-arrest interview with Oscar SANCHEZ-Velazquez.

SANCHEZ stated that he first crossed the United States border through Nogales, Arizona, in August 2007 and was subsequently deported through Nogales, Arizona.

SANCHEZ further stated that he reentered the United States illegally through Tijuana, Mexico, approximately 15 years ago. He reported residing in Oakland, California, for about 15 years, where he worked making hardware and repairing floors.

SANCHEZ stated that, in February 2026, returned to Mexico to attend his daughter's birthday. He added that, after staying in Mexico for several months, a neighbor informed him that he/she could assist with travel back to the United States. SANCHEZ stated that, on July 17, 2026, he flew from Michoacan, Mexico, to Tijuana International Airport, where he was driven to El Hongo, Mexico. SANCHEZ stated that he met several people when he was dropped off at the international boundary fence separating Mexico from the United States, one of whom he said was Vanessa NARCISO-Mayo. SANCHEZ claimed that he crossed the border illegally with five other people and stayed with NARCISO, while the others went separate ways.

SANCHEZ stated that, after crossing, the aliens were told to hide and that they would be picked up. SANCHEZ stated that, on July 18, 2026, he and NARCISO were picked up in a white sedan and driven approximately 10 minutes east, then dropped off at Buckman Springs Road, Campo, California, where they waited.

SANCHEZ stated on July 18, 2026, he received a phone call informing him that he would be picked up by a white truck. He said between noon and 1 p.m., both he and NARCISO were picked up by a driver he identified as David LOPEZ-Salgado. SANCHEZ identified LOPEZ as the primary load driver in a six-pack photo lineup during his recorded interview. SANCHEZ added that, upon entering the vehicle, LOPEZ instructed the aliens to lie down in the back of the vehicle and hide for the duration of the trip.

SANCHEZ claimed he intended to travel to Phoenix and then to Los Angeles, with his final destination being Oakland, California. He stated that he was going to pay $11,000 USD upon arrival in Oakland to an unknown person and would be provided the name of the individual to pay once he arrived.

**6. AFFIRMATION.**

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant and smuggled aliens in this matter, from initial contact to the writing of this document: BPAs J. Gomez, E. Roman, J. Gonzalez and A. Beltran.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPAs J. Harper, A. Beltran and J. Pettinato.

Reyna Morado
Border Patrol Agent
United States Border Patrol

Sworn and subscribed to by telephone, July 20, 2026, at Yuma, Arizona.

The Honorable James F. Metcalf
United States Magistrate Judge

**Weekend Probable Cause Statement**

I, Reyna Morado, being duly sworn, do state the following:

## 1. LOCATION.

The events in this complaint occurred at or near Yuma, Arizona, Yuma County, within the District of Arizona.

## 2. UNDERLYING FACTS.

On July 18, 2026, Border Patrol Agent J. Pettinato, assigned to the Yuma Station Highway Interdiction Team (H.I.T.), was conducting highway operations in the Yuma Station Area of Responsibility, accompanied by Agent J. Harper. Both agents were in a marked U.S. Border Patrol vehicle, in full duty uniform with visible insignia.

At approximately 14:38 hours, Campo Border Patrol Station issued a "Be On the Lookout" (BOLO) via the Yuma Sector Communications Center for a white, newer-model Toyota Tacoma bearing a California license, suspected of involvement in alien smuggling. Agent Pettinato verified that the license plate number on the Toyota that he observed was the same as the vehicle identified in the BOLO. The vehicle, registered in Fontana, California, was traveling eastbound through Campo's Area of Responsibility toward Phoenix, a route commonly used for alien smuggling which bypasses Border Patrol checkpoints.

Agent Pettinato observed the Toyota passing the agricultural checkpoint on Interstate 8 eastbound in Winterhaven, California, with Agent A. Beltran already following the vehicle. Only one occupant was visible, the driver (later identified as David LOPEZ-Salgado). Upon following the Toyota, Agent Pettinato noticed clear, plastic-wrap over the back seats, applied in a careless manner, a tactic often used by smugglers to keep seats clean from debris and sand.

Due to the description of Toyota from the BOLO matching the Toyota, along with the existence of the plastic wrapping on the seats, Agent Pettinato believed the Toyota that he observed to contain illegal aliens. At approximately 3:00 PM, the driver of the Toyota pulled into the Carl's Jr. at 1128 South Fortuna Rd in Yuma, Arizona. Agent Pettinato followed and observed the Toyota go through the drive-thru.

At approximately 3:07 PM, the driver parked on the north side of the Carl's Jr. Agent Pettinato repositioned his vehicle and exited it, to initiate a consensual encounter with driver of the Toyota. He activated his body worn camera and approached the driver of the Toyota in a professional manner, standing about 10 feet from the vehicle. After engaging the driver in conversation, Agent Pettinato asked if he

could look in the back of the Toyota. LOPEZ indicated that he was going to make a call and stated that he was traveling to Phoenix from San Diego.

In plain view, Agent Pettinato observed at least two individuals lying down in the back seats in an unusual position, in an attempt to conceal themselves. Another Border Patrol agent, Agent Harper, arrived to assist and Agent Pettinato informed him that the truck Toyota was "loaded," indicating the smuggling of aliens.

The driver of the Toyota was asked to step out of the Toyota and was detained for further investigation. Agents identified both passengers as Vanessa NARCISO-Mayo and Oscar SANCHEZ Velazquez, both citizens of Mexico illegally present in the United States.

The driver stated that he did not know his passengers and said that he was simply a driver.  Given the circumstances—transporting two subjects illegally present in the United States, both concealed and unbuckled, plastic coverings over the seats, and LOPEZ's statements, agents had probable cause to believe that the driver was in fact transporting aliens.  The Toyota, the driver and the aliens were all arrested and transported back to the Yuma Station Border Patrol for further investigation and processing.

## 3. DEFENDANT'S STATEMENT: David LOPEZ-Salgado (B1/B2 holder)

During a recorded, post-arrest interview, in which he waived his Miranda rights, the driver confirmed that his true name is David LOPEZ-Salgado and that his country of citizenship is Mexico.  He stated that he regularly crosses into the United States legally using a B1/B2 visa and frequently travels from Tijuana, Mexico, to San Diego to purchase items for resale in Mexico.[2]

---

[2] A B1/B2 visa is a nonimmigrant visa that allows foreign citizens to temporarily enter the United States for business (B-1), tourism and leisure (B-2), or a combination of both. The B-1 category is for business consultations, contract negotiations, and conferences, while the B-2 category is for vacations, visiting family, and receiving medical treatment.  The visa is typically issued as a combined B1/B2 multiple-entry visa valid for up to 10 years, permitting individual stays of up to 180 days per visit.

LOPEZ explained that he found an advertisement on TikTok offering opportunities to transport illegal aliens into the United States for payment. He admitted to picking up Vanessa NARCISO-Mayo and Oscar SANCHEZ-Velazquez in Campo, California, at Buckman Springs Road, after receiving instructions from coordinators via WhatsApp.

LOPEZ said that, after picking up both passengers, LOPEZ instructed them to hide in the back seat and intended to drive to Phoenix, where he would await further instructions. LOPEZ added that, throughout the trip, LOPEZ shared his live location via WhatsApp and maintained constant communication with the coordinator providing directions.

LOPEZ also said that, before his apprehension, LOPEZ received specific instructions on where to drop off NARCISO and SANCHEZ in southwest Phoenix and added that he was told he would receive further instructions. LOPEZ admitted that he was aware that both passengers were in the United States illegally and said that he intended to receive payment for transporting them further north.

**4. SMUGGLED ALIEN 1: Vanessa NARCISO-Mayo (Citizen of Mexico)**

Vanessa NARCISO-Mayo, one of the passengers, consented to an interview. She stated that she is from Guerrero, Mexico. She said that she does not know how long her journey was. NARCISO stated that her destination was Tulare, CA. She said that her point of contact was her boyfriend, who she said was named Richard Vidal. She said that she also has cousins in Tulare, named Juan Jose Narciso and Samuel Narciso, who she said were also illegally in the U.S. NARCISO stated that arrived to Tijuana Mexico on July 15, 2026 and stayed in a hotel.

NARCISO stated that she met a male at the border fence (possibly on the outskirts of Tijuana based on her description of the desert and no building structures). NARCISO stated human that, from July 17, 2026, midday, until sunrise of the day of her arrest, she hid in the brush. NARCISO stated that a white Toyota Tacoma truck pulled up to her location and that she and the other passenger immediately boarded. She added that she slept most of the way until apprehended by the Border Patrol.

**5. SMUGGLED ALIEN 2: Oscar SANCHEZ-Velazquez (Citizen of Mexico)**

Agents from the Yuma Station Intelligence Collection Team (ICT) conducted a post-arrest interview with Oscar SANCHEZ-Velazquez.

SANCHEZ stated that he first crossed the United States border through Nogales, Arizona, in August 2007 and was subsequently deported through Nogales, Arizona.

SANCHEZ further stated that he reentered the United States illegally through Tijuana, Mexico, approximately 15 years ago. He reported residing in Oakland, California, for about 15 years, where he worked making hardware and repairing floors.

SANCHEZ stated that, in February 2026, returned to Mexico to attend his daughter's birthday. He added that, after staying in Mexico for several months, a neighbor informed him that he/she could assist with travel back to the United States. SANCHEZ stated that, on July 17, 2026, he flew from Michoacan, Mexico, to Tijuana International Airport, where he was driven to El Hongo, Mexico. SANCHEZ stated that he met several people when he was dropped off at the international boundary fence separating Mexico from the United States, one of whom he said was Vanessa NARCISO-Mayo. SANCHEZ claimed that he crossed the border illegally with five other people and stayed with NARCISO, while the others went separate ways.

SANCHEZ stated that, after crossing, the aliens were told to hide and that they would be picked up. SANCHEZ stated that, on July 18, 2026, he and NARCISO were picked up in a white sedan and driven approximately 10 minutes east, then dropped off at Buckman Springs Road, Campo, California, where they waited.

SANCHEZ stated on July 18, 2026, he received a phone call informing him that he would be picked up by a white truck. He said between noon and 1 p.m., both he and NARCISO were picked up by a driver he identified as David LOPEZ-Salgado. SANCHEZ identified LOPEZ as the primary load driver in a six-pack photo lineup during his recorded interview. SANCHEZ added that, upon entering the vehicle, LOPEZ instructed the aliens to lie down in the back of the vehicle and hide for the duration of the trip.

SANCHEZ claimed he intended to travel to Phoenix and then to Los Angeles, with his final destination being Oakland, California. He stated that he was going to pay $11,000 USD upon arrival in Oakland to an unknown person and would be provided the name of the individual to pay once he arrived.

**6. AFFIRMATION.**
To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant and smuggled aliens in this matter, from initial contact to the writing of this document: BPAs J. Gomez, E. Roman, J. Gonzalez and A. Beltran.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPAs J. Harper, A. Beltran and J. Pettinato.

Based on the foregoing, there is probable cause to believe that David LOPEZ-Salgado violated the statutes as alleged in the attached complaint.

Executed on: Date: July 19, 2026, Time: 9:00 A.M.


*Reyna Morado*
Reyna Morado
Border Patrol Agent
United States Border Patrol


Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, I find probable cause to believe that the defendant named therein committed the offense on the date of July 19, 2026 in violation of the Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(ii).


Finding Made on, Date: 7/19/2026

Time: 1505 hrs

Signed:


James F. Metcalf

United States Magistrate Judge